JAMES D. RIDDET (SBN 39826)
STOKKE & RIDDET
A Law Corporation
3 Imperial Promenade, Suite 750
Santa Ana, CA 92707
Telephone: (714) 662-2400
Facsimile:   (714) 662-2444
E Mail: JRiddet@stokkeriddet.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  SA CR 05-0036 JVS |
|---|---|---|
| Plaintiff, | ) | APPLICATION FOR FILING UNDER SEAL ON BEHALF OF DEFENDANT ALLEN E. JOHNSON |
| vs. | ) | |
| ALLEN E. JOHNSON, | ) | |
| Defendant. | ) | |

COMES NOW defendant Allen E. Johnson, through counsel of record, and applies to this Honorable Court for an order sealing the filing of EX PARTE APPLICATION TO CONTINUE SENTENCING; DECLARATION OF JAMS D. RIDDET, and [PROPOSED] ORDER TO CONTINUE SENTENCING FOR DEFENDANT ALLEN E. JOHNSON.

Dated: December 4, 2007

Respectfully submitted,

JAMES D. RIDDET

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: **3 Imperial Promenade, Suite 750, Santa Ana, CA 92707.**

On 12/4/07, I served the foregoing document described as:

## APPLICATION TO FILE UNDER SEAL

on interested parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

**Andrew Stolper**
**United States Attorney's Office**
**Central District of California**
**411 W. Fourth Street**
**Santa Ana, CA 92701**

**Nancy O'Connor**
**U.S. Probation Office**
**312 North Spring Street**
**Los Angeles, CA 90012**

__X__ VIA FACSIMILE

____ BY MAIL:

I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

____ BY PERSONAL SERVICE:

I delivered such envelope by hand to the offices of the addressee.

Executed on 12/4/07, at Santa Ana, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

PAMELA S. KRALICH

# Notices

8:05-cr-00036-JVS USA v. Ketner, et al

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Riddet, James on 12/4/2007 at 2:23 PM PST and filed on 12/4/2007
**Case Name:**        USA v. Ketner, et al
**Case Number:**      8:05-cr-36
**Filer:**            Dft No. 2 - Allen Raymond Johnson
**Document Number:** 204

**Docket Text:**
NOTICE of Manual Filing of Application for Filing Under Seal; [Proposed] Order for Filing Under Seal; Under Seal Filing filed by Defendant Allen Raymond Johnson (Riddet, James)


**8:05-cr-36-2 Notice has been electronically mailed to:**

Terry W Bird     twb@birdmarella.com

Benjamin N Gluck     bng@birdmarella.com

Jason D Kogan     jdk@birdmarella.com

James D Riddet     jriddet@stokkeriddet.com, pam@stokkeriddet.com

Andrew D Stolper     USACAC.SACriminal@usdoj.gov, andrew.stolper@usdoj.gov

**8:05-cr-36-2 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Users\Pam\Pictures\JOHNSON -- Notice of Manuel Filing 12-4-07.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/4/2007] [FileNumber=5031895-0]
[4e75af46350d7a264b8111109928e45a359de8b0c11d87857f8f1b33969b26f806e1
839090f6a742c00551d6c76ce6a4a26059db5aeea006586fcf70bebd62d4]]